**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CARL D. LONGINO** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 1:07cv705-LG-JMR** |
| | § | |
| **LAWRENCE KELLY** | § | **DEFENDANT** |

## JUDGMENT

This matter having come on to be heard on the Report and Recommendation of Chief United States Magistrate Judge John M. Roper [13] , the Court, after a full review and consideration of the Report and Recommendation, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of Chief Magistrate Judge John M. Roper entered on August 30, 2007, be, and the same hereby is, adopted as the finding of this Court.  The Petitioner's Petition for Writ of Habeas Corpus is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 19th day of February, 2008.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE